**WINDELS MARX LANE & MITTENDORF, LLP**
David F. Swerdlow, Esq. (N.J. Attny. I.D. #031361993)
120 Albany Street Plaza, 6th Floor
New Brunswick, New Jersey 08901
(732) 846-7600
Attorneys for Defendant
  State Farm Fire and Casualty Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN FOX,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>  Defendant. | Civil Action No. 20-18131 (BRM-ESK)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably resolved between all parties, it is hereby stipulated and agreed that the within action be and is hereby dismissed in its entirety with prejudice, and without costs to any party.

| | |
|---|---|
| **Jeffrey A. Bronster, Esq.**<br>Attorney for Plaintiff<br>  Kevin Fox<br><br>By: */s/Jeffrey A. Bronster*<br>  Jeffrey A. Bronster<br><br>Dated: May 16, 2023 | **Windels Marx Lane & Mittendorf, LLP**<br>Attorneys for Defendant<br>  State Farm Fire and Casualty Company<br><br>By: */s/ David F. Swerdlow*<br>  David F. Swerdlow |

SO ORDERED, this 17th day of May, 2023:

_____
Honorable Brian R. Martinotti, U.S.D.J.

{41091178:1}